UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

KIMBERLY WISE,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**24-MJ-3690 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 4, 2024, Kimberly Wise was arraigned before this Court and granted bail. At the November 4th proceeding, the Court instructed the Parties that if Ms. Wise was released from Rikers Island, she was to appear back before this Court for weekly in-person check-ins.

On November 12, 2024, counsel for Ms. Wise notified the Court that she had been released from Rikers Islands on her own recognizance. The Parties are directed to appear for Ms. Wise's first check-in with the Court at **10:30 AM on November 14, 2024**, in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:   New York, New York
              November 13, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge