**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                      **ORDER**

               -against-                   **24-MJ-3690 (JW)**

KIMBERLY WISE,

                      Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties last appeared before this Court on December 19, 2024, for Ms. Wise's weekly check-in. At the December 19th check-in, all Parties agreed to the next check-in occurring on January 6, 2025. The Parties are ordered to appear for an in-person check-in on **January 6, 2025, at 11:00am** in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
               January 3, 2025

                                                          *Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge